UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| K'IN WAY XI, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | No. 3:24-cv-299-B |
| § | |
| BES KESSLER PARK FUND X11 LLC § | |
| d/b/a Axis Kessler Park, § | |
| § | |
| Defendant. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: December 27, 2024.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-